PD-1413-14

CHRYSTOPHER PRECIADO
WILLIAMS P. CLEMENT UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606

MAY 1, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

Mr. Abel Acosta
Court of Criminal Appeals
PO Box 12308
Austin, Texas 78711

Re: Preciado, Chrystopher Don
CCA No. PD-1413-14          COA No. 07-10-00242-CR
Trial Court Case No. 60,196-A

PLEASE FIND ENCLOSED MY, PRO SE, PETITIONER'S MOTION FOR RECONSIDERATION OF REHEARING. PLEASE FILE THIS MOTION WITH THE PAPERS OF THIS CASE AND BRING IT TO THE ATTENTION OF THE COURT.

PLEASE DATE-STAMP THIS LETTER AND RETURN IT TO ME AT THE ADDRESS SHOWN ABOVE. I ALSO REQUEST THAT YOU PLEASE NOTIFY ME OF THE COURT'S RULING ON MY MOTION.

FILED IN
COURT OF CRIMINAL APPEALS

MAY 13 2015

Abel Acosta, Clerk

RESPECTFULLY SUBMITTED,

CHRYSTOPHER DON PRECIADO
PETITIONER, PRO SE

Chrystopher Don Preciado,
Petitioner

In the Texas Court

vs

OF

The State of Texas,
Respondent

Criminal Appeals

### Pro Se Motion
### for Reconsideration of Rehearing

To the Honorable Judges of the Court of Criminal Appeals:

Comes now, Chrystopher Don Preciado, Petitioner, and files this Motion for Reconsideration of Rehearing of the Petition for Discretionary Review. In support of this Motion, Petitioner shows the Court the following:

## I

On April 6, 2015 the Legal Clerk, Mrs. Kendall, at the William P. Clement Unit logged in a letter from Mr. Abel Acosta, Clerk Court of Criminal Appeals, dated April 2, 2015. This letter was informing Petitioner of the 15 day time limit alloted to file a Motion for Rehearing; however, being that Petitioner's Petition for Discretionary Review was refused on March 18, 2015 the 15 day time had expired before Petitioner ever received notification.

## II

On April 7, 2015 Petitioner received Mr.

1

ACOSTA'S LETTER, AND ON APRIL 8, 2015 PETITIONER MAILED OUT A MOTION FOR REHEARING OF THE PETITION FOR DISCRETIONARY REVIEW.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, PETITIONER PRAYS THIS COURT WITHDRAW THEIR RULING OF AN UNTIMELY FILING AND RECONSIDER PETITIONERS MOTION FOR REHEARING OF THE PETITION FOR DISCRETIONARY REVIEW.

RESPECTFULLY SUBMITTED,

CHRYSTOPHER DON PRECIADO

PETITIONER, PRO SE
TDCJ # 1700013′13
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE,
WILLIAM P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606

## CERTIFICATE OF SERVICE

I, CHRYSTOPHER DON PRECIADO, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING MOTION FOR RECONSIDERATION OF REHEARING, WILL BE FORWARDED BY UNITED STATES MAIL, POSTAGE PREPAID, FIRST CLASS, TO THE STATE PROSECUTING ATTORNEY, PO BOX 12405, AUSTIN, TEXAS 78711, AND THE DISTRICT ATTORNEY FOR POTTER COUNTY, TEXAS FROM THE 47TH DISTRICT COURT, 501 S. FILLMORE, SUITE 5A, AMARILLO, TEXAS 79101-2449 ON THIS THE 1ST DAY OF MAY, 2015 BY MR. ABEL ACOSTA, CLERK, COURT OF CRIMINAL APPEALS.

CHRYSTOPHER DON PRECIADO
PETITIONER, PRO SE

2.

EXHIBIT A

**SUBJECT:** *State briefly the problem on which you desire assistance.*

ON THIS DAY I RECEIVED A "WHITE-CARD" FROM THE COURT OF CRIMINAL APPEALS INFORMING ME THAT MY MOTION FOR REHEARING WAS UNTIMELY (4.28.15); HOWEVER, I DID NOT RECEIVE ~~XXXX XXXXXXXX~~ MR. ACOSTA'S LETTER INFORMING OF MY "15 DAY" TIME FRAME UNTIL ~~XXXX-XX XXXX~~ 4.7.15. (20 DAYS AFTER MY ORIGINAL PETITION WAS DENIED ? 5 DAY'S AFTER IT WAS SENT) I MAILED MY MOTION 4.8.15. CAN YOU PLEASE VERIFY THESE DATES (THE INCOMING AND OUTGOING) SO I CAN SEND THEM TO THE COURTS AND LET IT BE KNOWN I MAILED MY MOTION AS SOON AS I WAS INFORMED. THANK YOU FOR YOUR TIME.

Name: CHRYSTOPHER PRECIADO     no: 1700033     Unit: BC

Living Quarters: 8J15T       Work Assignment: 3BLDG BARBER

**DISPOSITION:** (Inmate will not write in this space)

Abel Acosta to Post Office 4-8-15

Received from Court of Criminal Appeals 4-6-15

V. Kendall
4.29.15

I-60 (Rev. 11-99)    ✳ EXHIBIT A ✳